**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                    S7 18 **Cr** 693 (RMB)

            -against-                                  **ORDER**

JOACHIM ALEXANDER VON DER GOLTZ,
                            Defendant.
-----------------------------------------------------------X

It is hereby ORDERED that the Clerk of the Court shall unseal the guilty plea and related documents in this case.

Dated: New York, New York
           March 4, 2021

                                                      _____
                                                    **Hon. Richard M. Berman, U.S.D.J.**