UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

               -v.-

JOACHIM ALEXANDER VON DER GOLTZ,

               Defendant.

- - - - - - - - - - - - - - - - - - x

SEALED
SUPERSEDING
INFORMATION

S7 18 Cr. 693 (RMB)

## COUNT ONE
### (Conspiracy to Commit Tax Evasion)

The United States Attorney charges:

    1.    From at least in or about 2000 through in or about 2016, in the Southern District of New York and elsewhere, JOACHIM ALEXANDER VON DER GOLTZ, the defendant, together with others known and unknown, willfully and knowingly did combine, conspire, confederate, and agree together and with each other to commit offenses against the United States, to wit, violations of Title 26, United States Code, Section 7201.

    2.    It was a part and an object of the conspiracy that JOACHIM ALEXANDER VON DER GOLTZ, the defendant, together with others known and unknown, willfully and knowingly would and did attempt to evade and defeat a substantial part of the income tax due and owing to the United States of America by VON DER GOLTZ, in

violation of Title 26, United States Code, Section 7201.

## Overt Act

3. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt act, among others, was committed in the Southern District of New York and elsewhere:

    a. In or about June 2003, JOACHIM ALEXANDER VON DER GOLTZ, the defendant, sent an email regarding the provision of Guatemalan identification and a Guatemalan address in an effort to conceal the United States residence of the beneficial owner of an overseas entity and its assets.

(Title 18, United States Code, Section 371.)

## COUNT TWO
### (Fraud and False Statements)

The United States Attorney further charges:

4. On or about May 5, 2016, in the Southern District of Florida and elsewhere, JOACHIM ALEXANDER VON DER GOLTZ, the defendant, did willfully make and subscribe a return, statement, and other document, which contained and was verified by a written declaration that it was made under penalties of perjury, and which he did not believe to be true and correct as to every material manner, to wit, VON DER GOLTZ executed and caused to be filed a Certification by U.S. Person Residing in the United States for Streamlined Domestic Offshore Procedures Form 14654, which, in substance and in part, omitted the existence of a foreign bank account that was owned by VON DER GOLTZ and falsely stated that VON DER GOLTZ was previously unaware of his obligation to report foreign bank accounts to the Internal Revenue Service.

(Title 26, United States Code, Section 7206(1); Title 18, United States Code, Section 2.)

3

## COUNT THREE
(Willful Failure to File an FBAR)

The United States Attorney further charges:

5. From in or about 2001 through in or about 2016, in the Southern District of Florida and elsewhere, JOACHIM ALEXANDER VON DER GOLTZ, the defendant, did knowingly and willfully fail to file Reports of Foreign Bank and Financial Accounts, FinCEN Report 114 (formerly TD F 90-22.1) ("FBARs") with the United States Department of the Treasury disclosing that VON DER GOLTZ had a financial interest in, and signature and other authority over, a bank, securities, and other financial account in a foreign country, which had an aggregate value of more than $10,000 during each of those years, to wit, a financial account located at a Panamanian bank.

(Title 31, United States Code, Sections 5314 and 5322(a);
Title 31, Code of Federal Regulations,
Sections 1010.350, 1010.306(c, d), and 1010.840(b); Title 18,
United States Code, Section 2.)

*Geoffrey S. Berman*
GEOFFREY S. BERMAN
United States Attorney

DEBORAH CONNOR
Chief, Money Laundering and
Asset Recovery Section
Criminal Division

4

Form No. USA-33s-274 (Ed. 9-25-58)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOACHIM ALEXANDER VON DER GOLTZ,

Defendant.

SEALED SUPERSEDING INFORMATION

S7 18 Cr. 693 (RMB)

(18 U.S.C. §§ 371 and 2;
26 U.S.C. 7206(1); and
31 U.S.C. §§ 5314, and 5322.)

GEOFFREY S. BERMAN
United States Attorney.