UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X

UNITED STATES OF AMERICA

- v. -

JOACHIM ALEXANDER VON DER GOLTZ,

            Defendant.

------------------------------------------------------------ X

**WAIVER OF INDICTMENT**

S7 18 Cr. 693

      The above-named defendant, who is accused of one count of violating Title 18, United States Code, Section 371; one count of violating Title 26, United States Code, Section 7206(1) and Title 18, United States Code, Section 2; and one count of violating Title 31, United States Code, Sections 5314 and 5322(a), Title 31, Code of Federal Regulations, Sections 1010.350, 1010.306(c, d), and 1010.840(b), and Title 18, United States Code, Section 2, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date: New York, New York
       December 6, 2019