**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

               -against-

JOACHIM ALEXANDER VON DER GOLTZ,

                            Defendant.
-----------------------------------------------------------X

**SEALED**
**ORDER**

S7 18 **CR.** 693 (RMB)

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a United States Magistrate Judge on December 6, 2019;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for the guilty plea;

IT IS HEREBY ORDERED that Joachim Alexander von der Goltz's guilty plea is accepted;

IT IS HEREBY FURTHER ORDERED that the parties shall appear for a conference before the Court on December 17, 2019 at 10:30 am.

Dated: New York, New York
       December 10, 2019

**RICHARD M. BERMAN, U.S.D.J.**