# Vinson&Elkins

Mike Dry  mdry@velaw.com
Tel +1.202.639.6525  Fax +1.202.879.8865

May 3, 2021

**Via ECF**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   **United States v. Joachim Alexander von der Goltz**, 18 Cr. 693 (RMB)

Dear Judge Berman:

We respectfully submit this letter on behalf of our client Joachim Alexander von der Goltz.

First, Alex very much appreciates the Court's approval of his travel this upcoming summer to Guatemala to visit his maternal family and his wife's family. Second, as Alex represented to the Court during the supervised release hearing on April 8, 2021, he is currently employed as a private equity investment advisor at Bulltick, LLC., a financial services firm based in Miami, Florida. Alex is responsible for identifying companies in the United States and Latin America for investment by Bulltick's Private Equity Investment Portfolio ("Portfolio"). The Portfolio's formation is nearing completion, and accordingly, Alex expects that he will be required to travel internationally in support of his work later this month.

In accordance with the Court's approval of Alex's personal travel to Guatemala this summer, and Alex's need to travel soon internationally for business, we respectfully request, first, that the Court supplement Alex's special conditions of release to allow Alex to travel internationally with a week's notice and approval by his probation officer without additional Court approval, and second, that the Court authorize Pretrial Services to release and return Alex's passports to him.

If the Court has any questions or concerns regarding the above, the undersigned is available for a teleconference at the Court's convenience.

Respectfully submitted,

Michael S. Dry

CC:   AUSA Thane Rehn

Vinson & Elkins LLP  Attorneys at Law
Austin  Dallas  Dubai  Houston  London  Los Angeles  New York
Richmond  Riyadh  San Francisco  Tokyo  Washington

2200 Pennsylvania Avenue NW, Suite 500 West
Washington, DC 20037-1701
Tel +1.202.639.6500  Fax +1.202.639.6604  velaw.com