**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                           18 CR. 693 (RMB)

  -against-

                                                                           **ORDER**

JOACHIM ALEXANDER VON DER GOLTZ,
                Defendants.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, January 11, 2022 at 12:30 PM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 6935

Dated: January 5, 2022
       New York, NY

                                                        _____
                                                                RICHARD M. BERMAN
                                                                     U.S.D.J.