UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                  18 CR. 693 (RMB)

   -against-

                                                                **ORDER**

JOACHIM ALEXANDER VON DER GOLTZ,
                Defendants.
------------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, May 9, 2022 at 9:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 6935

Dated: May 4, 2022
       New York, NY

                                                    _____
                                                        RICHARD M. BERMAN
                                                           U.S.D.J.