**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                                                  18 CR. 693 (RMB)
   -against-

                                                  **ORDER**

JOACHIM ALEXANDER VON DER GOLTZ,
               Defendant.
------------------------------------------------------------X

     Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. von der Goltz's dedicated compliance with supervised release, including, but not limited to, his successful supervision, his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective May 17, 2022 is warranted. The Court also finds that Mr. von der Goltz has conducted himself in an exemplary and law-abiding fashion and met the requirements (conditions) of his supervision. <u>See</u> transcript of proceedings held on May 9, 2022 for a complete record.

Dated: May 18, 2022
        New York, NY

                                                 */s/ Richard M. Berman*
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Joachim Alexander von der Goltz's supervised release, and his hard work and dedication, and achievements, the Court hereby terminates Mr. von der Goltz's further supervised release obligations in accordance with 18 U.S.C. § 3583(e)(1).
Congratulations for a job well done.

*Richard M. Berman*
_____
Richard M. Berman
U.S. District Judge

May 18, 2022